1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   ELIZABETH S.P. DOUGLAS (Cal. Bar No. 331031)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5728
7       Facsimile: (213) 894-0141
        Email:     elizabeth.douglas@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,      | No. 2:10-mj-00431-DUTY
13 |          Plaintiff,            | NOTICE OF MOTION TO DISMISS
   |                                | MAGISTRATE'S COMPLAINT WITHOUT
14 |          v.                    | PREJUDICE AND LODGING OF PROPOSED
   |                                | ORDER FOR DISMISSAL OF MAGISTRATE
15 | EVELIN MARTINEZ,               | JUDGE'S COMPLAINT
16 |          Defendant.            |

17

18      The government hereby moves to dismiss the Magistrate's

19 Complaint in this case without prejudice.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

The government hereby lodges the attached Proposed Order for Dismissal Without Prejudice of Magistrate's Judge's Complaint for the Court's signature.

Dated: April 18, 2023            Respectfully submitted,

                                          E. MARTIN ESTRADA
                                        United States Attorney

                                        MACK E. JENKINS
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                          /s/
                                        ELIZABETH S.P. DOUGLAS
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA