E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH S.P. DOUGLAS (Cal. Bar No. 331031)
Assistant United States Attorney
General Crimes Section
 1200 U.S. Courthouse, 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-5728
 Facsimile: (213) 894-0141
 Email: elizabeth.douglas@usdoj.gov

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. EVELIN MARTINEZ, DEFENDANT | CASE NUMBER<br><br>2:10-mj-00431-DUTY<br><br>**ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT** |
|---|---|

A Magistrate's Complaint having been filed before the United States Magistrate Andrew J. Wistrich in Los Angeles, California, against the above-named defendant, charging a violation of Title 8, United States Code, Section 1073, and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant EVELIN MARTINEZ and that bond, if any, be exonerated on this charge.

Date: _____

_____
United States Magistrate Judge

Presented by:

_____/s/_____
ELIZABETH S.P. DOUGLAS
Assistant United States Attorney

**Is the person in federal custody?**
YES ☐     NO ☒

**Complaint Filed: March 3, 2010**